UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
YA-PING LIN, MIN HUANG, *individually and on behalf all other employees similarly situated*,

               Plaintiffs,

v.

NEW NAKATA SUSHI INC. d/b/a NAKATA JAPANESE FUSION, TING FONG HO, TING FONG HU, "JOHN" (First Name Unknown) ZHONG,

               Defendants.
----------------------------------------------------------------x

ORDER
18-CV-2404 (ILG) (RER)

GLASSER, Senior United States District Judge:

The parties have arrived at a settlement of their dispute, DE 13-1, which has been received by Magistrate Judge Reyes, who found the terms to be fair and reasonable and recommended that I approve it. DE 12/28/18. No objections to his recommendation have been filed and it is hereby adopted.

SO ORDERED.

Dated:    Brooklyn, New York
          February 1, 2019

                                               s/I. Leo Glasser, USDJ
                                               I. Leo Glasser
                                             Senior United States District Judge

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 04 2019 ★
BROOKLYN OFFICE